# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REDFISH RENTALS, INC.

NO.  2020 CW 0812

VERSUS

SPECIALTY INDUSTRIAL, LLC,
WILLIAM CARMOUCHE AND
ALIXZANDRA EVANS

**NOVEMBER 23, 2020**

---

In Re:    Specialty  Industrial,  LLC,  and  William  Carmouche,
          applying for supervisory writs, 21st Judicial District
          Court, Parish of Livingston, No. 154874.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

        **WRIT DENIED AS MOOT.**  See action issued in 2020 CW 0658 on
November 9, 2020.

                              **JMM**
                              **GH**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT